UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GWEYN WEDLAW, LURLEAN MARTIN;
Personal Representatives of the Estate of Randolph
Connor, Deceased,

    Plaintiffs,

v

LINDA TRIBLEY, SCOTT MICHELLI, D.
POMBIER, M. ROZINE, WILLIAM OSTERMAN,
DUANE DUNBAR,

    Defendants.

NO. 2:14-CV-00040

HON. R. ALLAN EDGAR

MAG. TIMOTHY P. GREELEY

| | |
|---|---|
| Doris M. Day-Winters (P56828) | A. Peter Govorchin (P31161) |
| Co-Counsel for Plaintiffs | Robert Jenkins (P71141) |
| Day-Winters, PLLC | Assistant Attorneys General |
| 306 E. Broadway St., Ste. 4 | Counsel for Defendants |
| Mt. Pleasant, MI 48858 | Michigan Department of Attorney General |
| (989) 779-9991 | Corrections Division |
| daywinters@gmail.com | P.O. Box 30217 |
| | Lansing, MI 48909 |
| Brianna T. Scott (P62170) | (517) 335-7021 |
| Co-Counsel for Plaintiffs | govorchinp@michigan.gov |
| Brianna T. Scott & Associates, PLLC | jenkinsr1@michigan.gov |
| 75 W. Apple Ave. | |
| Muskegon, MI 49440 | |
| (231) 727-5888 | |
| brianna@briannascott.com | |

## **PLAINTIFF'S EXPERT WITNESS DISCLOSURES**

NOW COMES the Plaintiffs, Gweyn Wedlaw and Lurlean Martin, as Co-Personal Representatives of the Estate of Randolph Connor, Deceased, by and through their attorneys, Doris Marie Day-Winters of Day-Winters, PLLC and Brianna T. Scott of Brianna T. Scott & Associates, PLLC and hereby submits its Expert Witness Disclosures naming the following as potential witnesses to testify in the above entitled case:

1. DR. BRIAN HUGHES, Aspirus Grand View Hospital, N10561 Grand View Lane, Ironwood, Michigan 49938.  Area of Expertise: Medical.

2. DR. CRAIG T. COCCIA, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

3. DR. STEVEN J. DANEK, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

4. P.A. JANELL GOODREAU, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

5. DR. DAVID PESOIA, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

6. DR. ANUP PATEL, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

7. L.P.N. CORY BULL, Ojibway Correctional Facility, N. 5705 Ojibway Road, Marenisco, Michigan 49947-9771.  Area of Expertise: Medical.

8. DR. LIZABETH RALLES, Ojibway Correctional Facility, N. 5705 Ojibway Road, Marenisco, Michigan 49947-9771.  Area of Expertise: Medical.

9. R.N. CAROL PAYNTER, Ojibway Correctional Facility, N. 5705 Ojibway Road, Marenisco, Michigan 49947-9771.  Area of Expertise: Medical.

10. R.N. KRISTINA RIBICH, Ojibway Correctional Facility, N. 5705 Ojibway Road, Marenisco, Michigan 49947-9771.  Area of Expertise: Medical.

11. DR. JEFFREY A. CONKLIN, Marquette General Hospital, 580 W. College Avenue, Marquette, Michigan 49855.  Area of Expertise: Medical

12. Medical Expert witness to discuss psychology of situation, behaviors, etc

13. Chuck Allen, private investigator.

14. Bradley Showers, retired MDCO Sergeant with expertise on MDOC regulations and procedures.

15. Any and all first responders reporting to the Ojibway Correctional Facility to assist, stabilize and transport Randolph Connor to Aspirus Grandview Hospital.

16. Any and all medical personal that transported Randolph Connor from Aspirus Grandview Hospital to Marquette General Hospital.

17. Plaintiffs reserve the right to call any other expert witnesses as disclosed by Defendant's named in this case and through the course of discovery.

18. Plaintiffs reserve the right to call any necessary expert witnesses for rebuttal purposes.

19. Plaintiffs reserve the right to call any expert witnesses disclosed by another party.

20. Plaintiffs reserve the right to supplement this Expert Witness List as permitted by this court.

21. Plaintiffs reserve the right to amend this Expert Witness List as permitted by this court.

Dated: December 5, 2014     /s/   Brianna T. Scott
                            Brianna T. Scott & Associates, PLLC
                            Co-Counsel for Plaintiff